1040

[No. 48621-1-II.   Division Two.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANNA ALLEN HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 13-1-00073-1, Brian P. Altman, J., entered January 14, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 48740-3-II.   Division Two.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL F. VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 15-1-00020-4, Stephen M. Warning, J., entered March 14, 2016. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 33877-1-III.   Division Three.   June 27, 2017.]

JESS ORTIZ, *Appellant*, v. INGA STERLING, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-2-04048-9, Michael G. McCarthy, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33957-2-III.   Division Three.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN MICHAEL BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-00271-7, Kathleen M. O'Connor, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.